**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

### United States District Court

**Western** District of **New York**

Caption:

United States v.

DILBAR

Docket No.: 25-MR-6065

Hon. Frank P. Geraci, Jr.
(District Court Judge)

Notice is hereby given that **Dilbar Gul Dilbar** appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [✓] **Order of Detention** (specify)

entered in this action on **May 29, 2025**.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [ ]   Other [✓]

Defendant found guilty by plea [ ]   trial [ ]   N/A [✓].

Offense occurred after November 1, 1987?   Yes [✓]   No [ ]   N/A [ ]

Date of sentence: _____   N/A [✓]

Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✓] | No [ ]   If yes, provide the following information:

Defendant's Counsel: Timothy P. Murphy, AFPD
Counsel's Address: Federal Public Defender's Office
300 Pearl Street, Suite 200, Buffalo, NY, 14202
Counsel's Phone: 716-551-3341

Assistant U.S. Attorney: Meghan K. McGuire, AUSA
AUSA's Address: United States Attorney's Office
100 State Street, Suite 500, Rochester, NY, 14614
AUSA's Phone: 585-399-3920

/s/ Timothy P. Murphy
Signature

APPEAL

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Rochester)
## CRIMINAL DOCKET FOR CASE #: 6:25−mr−06065−FPG All Defendants
*Internal Use Only*

| | |
|---|---|
| Case title: USA v. Dilbar | Date Filed: 05/14/2025 |

Assigned to: Hon. Frank P. Geraci, Jr.

**Defendant (1)**

**Dilbar Gul Dilbar**  represented by  **Anne M. Burger**
*also known as*                       Federal Public Defender
Dilbar Gul Taj Ali Khan               28 East Main Street
                                      Suite 400
                                      Rochester, NY 14614
                                      585−263−6201
                                      Fax: 585−263−5871
                                      Email: anne_burger@fd.org
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*
                                      *Designation: Public Defender Appointment*

                                      **Timothy Patrick Murphy**
                                      Federal Public Defender
                                      300 Pearl Street
                                      Suite 200
                                      Buffalo, NY 14202
                                      716−845−1925
                                      Fax: 716−551−3346
                                      Email: timothy_murphy@fd.org
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*
                                      *Designation: government attorney*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**  represented by  **Meghan K. McGuire**
                        U.S. Attorney's Office − Rochester

100 State Street
Suite 500
Rochester, NY 14614
585–399–3922
Fax: 585–399–3920
Email: meghan.mcguire@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: government attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2025 | 1 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by USA re Order Setting Conditions of Release as to Dilbar Gul Dilbar (Dkt. 9) in case number 25−mj−4055. (Attachments: # 1 Memorandum in Support of Appeal)(DAF) (Entered: 05/14/2025) |
| 05/14/2025 | 2 | MEMORANDUM IN OPPOSITION *to Motion to Stay ECF 10 and 11 under Case Number 25−mj−4055−CDH* by Dilbar Gul Dilbar (Burger, Anne) (Entered: 05/14/2025) |
| 05/14/2025 | 3 | TEXT ORDER re: 1 APPEAL OF MAGISTRATE JUDGE DECISION to District Court by USA re Order Setting Conditions of Release as to Dilbar Gul Dilbar. After review of the government's motion and Defendant's response, the government's motion to stay the release order (Dkt. 9 in case number 25−mj−4055) is DENIED. Defendant's response to the motion is due by May 21, 2025. The government's reply is due by May 27, 2025. Detention Hearing set for May 29, 2025 at 03:00 PM in US Courthouse, 100 State Street, Rochester NY 14614 before Hon. Frank P. Geraci, Jr. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 5/14/2025.(MFM) (Entered: 05/14/2025) |
| 05/21/2025 | 4 | RESPONSE in Opposition by Dilbar Gul Dilbar re 1 MOTION (Burger, Anne) (Entered: 05/21/2025) |
| 05/27/2025 | 5 | REPLY TO RESPONSE to Motion by USA as to Dilbar Gul Dilbar re 1 MOTION (McGuire, Meghan) (Entered: 05/27/2025) |
| 05/27/2025 | 6 | CONTINUATION OF EXHIBITS by USA as to Dilbar Gul Dilbar to 5 Reply to Response (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(McGuire, Meghan) (Entered: 05/27/2025) |
| 05/28/2025 | | Clerk sealed dkt #'s 5 and 6 per Judge Geraci's chambers. (JHF) (Entered: 05/28/2025) |
| 05/29/2025 | 7 | Minute Entry for proceedings held before Hon. Frank P. Geraci, Jr.:Motion Hearing as to Dilbar Gul Dilbar held on 5/29/2025. The Court grants the Government's 1 MOTION. The Court finds, based on new information, that the defendant should be detained on risk of flight. The Court vacates the Magistrate Judge's release order and remands defendant to the custody of the U.S. Marshals. The Court directs the Clerk of Court to unseal Dkt. Nos. 5 and 6 . Defendant is detained. Meghan McGuire, AUSA; Anne Burger, AFPD; Kristen Nenni, USPO; Jawaid Samadey, Interpreterre 1 Government's APPEAL of the Magistrate Judge's Order on Detention. The Court grants the Government's appeal and will vacate the Magistrate Judge's release order and orders defendant detained. The Court finds that there are no conditions or set of conditions that will guarantee defendant's appearance in Court based on the reasons set forth on the record. (Court Reporter Diane Martens.)(PR) (Entered: 05/29/2025) |
| 05/29/2025 | | Clerk unsealed dkt #'s 5 and 6 per Judge Geraci's chambers and 7 Minute Entry. (JHF) (Entered: 05/29/2025) |
| 05/31/2025 | 8 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Appeal of Release Order as to Dilbar Gul Dilbar held on May 29, 2025, before Judge Frank P. Geraci. Court Reporter Diane S. Martens, dmartensreporter@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/23/2025. Redacted Transcript Deadline set for 7/1/2025. Release of Transcript Restriction set for 8/29/2025. (DSM) (Entered: 05/31/2025) |

| | | |
|---|---|---|
| 05/31/2025 | 9 | MOTION for Stay by Dilbar Gul Dilbar (Burger, Anne) Modified on 6/2/2025 (JHF). (Entered: 05/31/2025) |
| 06/02/2025 | 10 | NOTICE OF ATTORNEY APPEARANCE: Timothy Patrick Murphy appearing for Dilbar Gul Dilbar (Murphy, Timothy) (Entered: 06/02/2025) |
| 06/02/2025 | | E–Filing Notification: Clerk revised docket text of 9 to "MOTION for Stay" to clarify the filing event. (JHF) (Entered: 06/02/2025) |
| 06/02/2025 | 11 | RESPONSE in Opposition by USA as to Dilbar Gul Dilbar re 9 MOTION (McGuire, Meghan) (Entered: 06/02/2025) |
| 06/03/2025 | 12 | DECISION AND ORDER: For the reasons contained herein, Defendant's motion for an order staying the Court's revocation of Judge Holland's order imposing conditions of release for Defendant and granting him release pending appeal (ECF No. 9) is DENIED. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 6/3/2025.(EMC) (Entered: 06/03/2025) |
| 06/04/2025 | 13 | NOTICE OF APPEAL (Interlocutory) by Dilbar Gul Dilbar re 7 Motion Hearing,,,,, Terminate Motions,,,,, Speedy Trial – Location Start,,,,. (Murphy, Timothy) (Entered: 06/04/2025) |