UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of June, two thousand twenty-five,

United States of America,

    Appellee,

v.

Dilbar Gul Dilbar, AKA Dilbar Gul Taj Ali Khan,

    Defendant - Appellant.

**ORDER**
Docket No. 25-1444

    A notice of appeal was filed on June 4, 2025. The Appellant's Acknowledgment and Notice of Appearance Form due June 20, 2025, has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

    IT IS HEREBY ORDERED that the appeal will be dismissed effective July 8, 2025, if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court