**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: June 24, 2025<br>Docket #: 25-1444<br>Short Title: United States of America v. Dilbar | DC Docket #: 6:25-mr-6065<br>DC Court: WDNY (ROCHESTER)<br>DC Judge: Trial Judge - Frank P. Geraci |

**NOTICE OF MOTION PLACED ON THE CALENDAR**

A motion to stay filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, July 8, 2025.

Inquiries regarding this case may be directed to 212-857-8595.