**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B**

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States v. Dilbar

**DOCKET NUMBER:** 25-1444-cr / 25-mr-6065

**COUNSEL'S NAME:** Timothy P. Murphy, AFPD

**COUNSEL'S ADDRESS:** Federal Public Defender's Office
300 Pearl Street, Suite 200, Buffalo, NY, 14202

**COUNSEL'S PHONE:** 716-551-3341

## QUESTIONNAIRE

[ ] I am ordering a transcript.
[✓] I am not ordering a transcript. Reason: [ ] Daily copy available  [ ] U.S. Atty. placed order  [✓] Other (attach explanation)

## TRANSCRIPT ORDER

Prepare transcript of

[ ] Pre-trial proceedings: _____ (Description & Dates)

[ ] Trial: _____ (Description & Dates)

[ ] Sentencing: _____ (Description & Dates)

[ ] Post-trial proceedings: _____ (Description & Dates)

I, Timothy P. Murphy (counsel's name), hereby certify that I will make satisfactory arrangements with the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds  [ ] CJA Form 24

/s/ Timothy P. Murphy
Counsel's Signature

June 25, 2025
Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

## ACKNOWLEDGMENT

Date order received: _____     Estimated Number of Pages: _____

Estimated completion date: _____

_____     _____
Court Reporter's Signature                                      Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.

**Criminal Appeal Transcript Information – Form B – Addendum**

Case Name:     United States v. Dilbar
Docket No.:    25-1444  /  25-mr-6065

    All necessary transcripts are publicly available on the District Court docket. Counsel does not intend to order additional transcripts in this matter.

__/s/  Timothy P. Murphy__                                      <u>June 25, 2025</u>