# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

USA,

        vs.

Dilbar Gul Dilbar,
        Defendant.

**CLERK'S CERTIFICATION/INDEX**

Criminal No: 6:25-MR-6065-001

---

I, MARY C. LOEWENGUTH, CLERK of the District Court of the UNITED STATES for the Western District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the above-entitled action.

**The following documents are not available electronically and are currently maintained in traditional fashion in the U.S. District Court Clerk's Office.**

All documents available electronically

Any additional records which are not currently available electronically, please feel free to contact us and we will arrange for the document(s) to be made available to you.

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Rochester, New York, this 26th day of June 2025.

Mary C. Loewenguth
Clerk of Court
United States District Court

(By):    s/John H. Folwell
            John H. Folwell
            Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                Appellee,                    25-CR-6065

-vs-                                                                2nd CIR. DOCKET NO. 25-1444

DILBAR GUL DILBAR,

                              Defendant-Appellant.
_____

## INDEX TO RECORD ON APPEAL

All documents on the attached docket reports.

DATED:      Buffalo, New York
                   June 25, 2025

                                                       Respectfully submitted,

                                                        /s/ Timothy P. Murphy
                                                        Timothy P. Murphy
                                                        Assistant Federal Public Defender
                                                        Federal Public Defender's Office
                                                        300 Pearl Street, Suite 200
                                                        Buffalo, New York 14202
                                                        (716) 551-3341
                                                        timothy_murphy@fd.org
                                                        Appellate Counsel for Dilbar Gul Dilbar

Query    Reports    Utilities    Help    Log Out

APPEAL

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Rochester)
## CRIMINAL DOCKET FOR CASE #: 6:25-mr-06065-FPG-1

Case title: USA v. Dilbar

Date Filed: 05/14/2025

Assigned to: Hon. Frank P. Geraci, Jr.

**Defendant (1)**

| | | |
|---|---|---|
| **Dilbar Gul Dilbar**<br>*also known as*<br>Dilbar Gul Taj Ali Khan | represented by | **Anne M. Burger**<br>Federal Public Defender<br>28 East Main Street<br>Suite 400<br>Rochester, NY 14614<br>585-263-6201<br>Fax: 585-263-5871<br>Email: anne_burger@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender Appointment*<br><br>**Timothy Patrick Murphy**<br>Federal Public Defender<br>300 Pearl Street<br>Suite 200<br>Buffalo, NY 14202<br>716-845-1925<br>Fax: 716-551-3346<br>Email: timothy_murphy@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: government attorney* |

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA                                                     represented by   **Meghan K. McGuire**
                                                                         U.S. Attorney's Office - Rochester
                                                                         100 State Street
                                                                         Suite 500
                                                                         Rochester, NY 14614
                                                                         585-399-3922
                                                                         Fax: 585-399-3920
                                                                         Email: meghan.mcguire@usdoj.gov
                                                                         *LEAD ATTORNEY*
                                                                         *ATTORNEY TO BE NOTICED*
                                                                         *Designation: government attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2025 | 1 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by USA re Order Setting Conditions of Release as to Dilbar Gul Dilbar (Dkt. 9) in case number 25-mj-4055. (Attachments: # 1 Memorandum in Support of Appeal)(DAF) (Entered: 05/14/2025) |
| 05/14/2025 | 2 | MEMORANDUM IN OPPOSITION *to Motion to Stay ECF 10 and 11 under Case Number 25-mj-4055-CDH* by Dilbar Gul Dilbar (Burger, Anne) (Entered: 05/14/2025) |
| 05/14/2025 | 3 | TEXT ORDER re: 1 APPEAL OF MAGISTRATE JUDGE DECISION to District Court by USA re Order Setting Conditions of Release as to Dilbar Gul Dilbar. After review of the government's motion and Defendant's response, the government's motion to stay the release order (Dkt. 9 in case number 25-mj-4055) is DENIED. Defendant's response to the motion is due by May 21, 2025. The government's reply is due by May 27, 2025. Detention Hearing set for May 29, 2025 at 03:00 PM in US Courthouse, 100 State Street, Rochester NY 14614 before Hon. Frank P. Geraci, Jr. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 5/14/2025.(MFM) (Entered: 05/14/2025) |
| 05/21/2025 | 4 | RESPONSE in Opposition by Dilbar Gul Dilbar re 1 MOTION (Burger, Anne) (Entered: 05/21/2025) |
| 05/27/2025 | 5 | REPLY TO RESPONSE to Motion by USA as to Dilbar Gul Dilbar re 1 MOTION (McGuire, Meghan) (Entered: 05/27/2025) |
| 05/27/2025 | 6 | CONTINUATION OF EXHIBITS by USA as to Dilbar Gul Dilbar to 5 Reply to Response (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(McGuire, Meghan) (Entered: 05/27/2025) |
| 05/28/2025 |  | Clerk sealed dkt #'s 5 and 6 per Judge Geraci's chambers. (JHF) (Entered: 05/28/2025) |
| 05/29/2025 | 7 | Minute Entry for proceedings held before Hon. Frank P. Geraci, Jr.:Motion Hearing as to Dilbar Gul Dilbar held on 5/29/2025. The Court grants the Government's 1 MOTION. The Court finds, based on new information, that the defendant should be detained on risk of flight. The Court vacates the Magistrate Judge's release order and remands defendant to the custody of the U.S. Marshals. The Court directs the Clerk of Court to unseal Dkt. Nos. 5 and 6 . Defendant is detained. Meghan McGuire, AUSA; Anne Burger, AFPD; Kristen |

| | | |
|---|---|---|
| | | Nenni, USPO; Jawaid Samadey, Interpreterre 1 Government's APPEAL of the Magistrate Judge's Order on Detention. The Court grants the Government's appeal and will vacate the Magistrate Judge's release order and orders defendant detained. The Court finds that there are no conditions or set of conditions that will guarantee defendant's appearance in Court based on the reasons set forth on the record. (Court Reporter Diane Martens.)(PR) (Entered: 05/29/2025) |
| 05/29/2025 | | Clerk unsealed dkt #'s 5 and 6 per Judge Geraci's chambers and 7 Minute Entry. (JHF) (Entered: 05/29/2025) |
| 05/31/2025 | 8 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Appeal of Release Order as to Dilbar Gul Dilbar held on May 29, 2025, before Judge Frank P. Geraci. Court Reporter Diane S. Martens, dmartensreporter@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/23/2025. Redacted Transcript Deadline set for 7/1/2025. Release of Transcript Restriction set for 8/29/2025. (DSM) (Entered: 05/31/2025) |
| 05/31/2025 | 9 | MOTION for Stay by Dilbar Gul Dilbar (Burger, Anne) Modified on 6/2/2025 (JHF). (Entered: 05/31/2025) |
| 06/02/2025 | 10 | NOTICE OF ATTORNEY APPEARANCE: Timothy Patrick Murphy appearing for Dilbar Gul Dilbar (Murphy, Timothy) (Entered: 06/02/2025) |
| 06/02/2025 | | E-Filing Notification: Clerk revised docket text of 9 to "MOTION for Stay" to clarify the filing event. (JHF) (Entered: 06/02/2025) |
| 06/02/2025 | 11 | RESPONSE in Opposition by USA as to Dilbar Gul Dilbar re 9 MOTION (McGuire, Meghan) (Entered: 06/02/2025) |
| 06/03/2025 | 12 | DECISION AND ORDER: For the reasons contained herein, Defendant's motion for an order staying the Court's revocation of Judge Holland's order imposing conditions of release for Defendant and granting him release pending appeal (ECF No. 9) is DENIED. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 6/3/2025.(EMC) (Entered: 06/03/2025) |
| 06/04/2025 | 13 | NOTICE OF APPEAL (Interlocutory) by Dilbar Gul Dilbar re 7 Motion Hearing, Terminate Motions, Speedy Trial - Location Start. (Murphy, Timothy) Modified docket text to remove extra comas on 6/5/2025 (RE). (Entered: 06/04/2025) |
| 06/05/2025 | | Within 14 days of filing the Notice of Appeal, the appellant is required to electronically file with the District Court an index of filed documents it wishes the Court of Appeals to consider, called Designation of Record on Appeal. After receipt, the Clerk's Office will certify and transmit the index to the Circuit.<br><br>Pursuant to Local Rule 12.2 of the US Court of Appeals for the Second Circuit, Form B must be completed within 14 days after the filing of a notice of appeal. Form B can be obtained at: <www.ca2.uscourts.gov>.(RE) (Entered: 06/05/2025) |
| 06/05/2025 | 14 | ORDER as to Dilbar Gul Dilbar re 1 APPEAL OF MAGISTRATE JUDGE DECISION to District Court. Signed by Hon. Frank P. Geraci, Jr. on 6/5/25.(RE) (Entered: 06/05/2025) |

### PACER Service Center

#### Transaction Receipt

06/25/2025 09:49:29

| PACER Login: | fpdusernyw | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 6:25-mr-06065-FPG |
| Billable Pages: | 3 | Cost: | 0.30 |
| Exempt flag: | Exempt | Exempt reason: | Always |

APPEAL

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Rochester)
### CRIMINAL DOCKET FOR CASE #: 6:25−mr−06065−FPG All Defendants

Case title: USA v. Dilbar　　　Date Filed: 05/14/2025

Assigned to: Hon. Frank P. Geraci, Jr.

**Defendant (1)**

| | |
|---|---|
| **Dilbar Gul Dilbar**<br>*also known as*<br>Dilbar Gul Taj Ali Khan | represented by **Anne M. Burger**<br>Federal Public Defender<br>28 East Main Street<br>Suite 400<br>Rochester, NY 14614<br>585−263−6201<br>Fax: 585−263−5871<br>Email: anne_burger@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender Appointment*<br><br>**Timothy Patrick Murphy**<br>Federal Public Defender<br>300 Pearl Street<br>Suite 200<br>Buffalo, NY 14202<br>716−845−1925<br>Fax: 716−551−3346<br>Email: timothy_murphy@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: government attorney* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **Meghan K. McGuire**<br>U.S. Attorney's Office – Rochester<br>100 State Street |

Suite 500
Rochester, NY 14614
585−399−3922
Fax: 585−399−3920
Email: meghan.mcguire@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: government attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2025 | 1 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by USA re Order Setting Conditions of Release as to Dilbar Gul Dilbar (Dkt. 9) in case number 25−mj−4055. (Attachments: # 1 Memorandum in Support of Appeal)(DAF) (Entered: 05/14/2025) |
| 05/14/2025 | 2 | MEMORANDUM IN OPPOSITION *to Motion to Stay ECF 10 and 11 under Case Number 25−mj−4055−CDH* by Dilbar Gul Dilbar (Burger, Anne) (Entered: 05/14/2025) |
| 05/14/2025 | 3 | TEXT ORDER re: 1 APPEAL OF MAGISTRATE JUDGE DECISION to District Court by USA re Order Setting Conditions of Release as to Dilbar Gul Dilbar. After review of the government's motion and Defendant's response, the government's motion to stay the release order (Dkt. 9 in case number 25−mj−4055) is DENIED. Defendant's response to the motion is due by May 21, 2025. The government's reply is due by May 27, 2025. Detention Hearing set for May 29, 2025 at 03:00 PM in US Courthouse, 100 State Street, Rochester NY 14614 before Hon. Frank P. Geraci, Jr. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 5/14/2025.(MFM) (Entered: 05/14/2025) |
| 05/21/2025 | 4 | RESPONSE in Opposition by Dilbar Gul Dilbar re 1 MOTION (Burger, Anne) (Entered: 05/21/2025) |
| 05/27/2025 | 5 | REPLY TO RESPONSE to Motion by USA as to Dilbar Gul Dilbar re 1 MOTION (McGuire, Meghan) (Entered: 05/27/2025) |
| 05/27/2025 | 6 | CONTINUATION OF EXHIBITS by USA as to Dilbar Gul Dilbar to 5 Reply to Response (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(McGuire, Meghan) (Entered: 05/27/2025) |
| 05/28/2025 |  | Clerk sealed dkt #'s 5 and 6 per Judge Geraci's chambers. (JHF) (Entered: 05/28/2025) |
| 05/29/2025 | 7 | Minute Entry for proceedings held before Hon. Frank P. Geraci, Jr.:Motion Hearing as to Dilbar Gul Dilbar held on 5/29/2025. The Court grants the Government's 1 MOTION. The Court finds, based on new information, that the defendant should be detained on risk of flight. The Court vacates the Magistrate Judge's release order and remands defendant to the custody of the U.S. Marshals. The Court directs the Clerk of Court to unseal Dkt. Nos. 5 and 6 . Defendant is detained. Meghan McGuire, AUSA; Anne Burger, AFPD; Kristen Nenni, USPO; Jawaid Samadey, Interpreterre 1 Government's APPEAL of the Magistrate Judge's Order on Detention. The Court grants the Government's appeal and will vacate the Magistrate Judge's release order and orders defendant detained. The Court finds that there are no conditions or set of conditions that will guarantee defendant's appearance in Court based on the reasons set forth on the record. (Court Reporter Diane Martens.)(PR) (Entered: 05/29/2025) |
| 05/29/2025 |  | Clerk unsealed dkt #'s 5 and 6 per Judge Geraci's chambers and 7 Minute Entry. (JHF) (Entered: 05/29/2025) |
| 05/31/2025 | 8 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Appeal of Release Order as to Dilbar Gul Dilbar held on May 29, 2025, before Judge Frank P. Geraci. Court Reporter Diane S. Martens, dmartensreporter@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/23/2025. Redacted Transcript Deadline set for 7/1/2025. Release of Transcript Restriction set for 8/29/2025. (DSM) (Entered: 05/31/2025) |
| 05/31/2025 | 9 | MOTION for Stay by Dilbar Gul Dilbar (Burger, Anne) Modified on 6/2/2025 (JHF). (Entered: 05/31/2025) |

| | | |
|---|---|---|
| 06/02/2025 | 10 | NOTICE OF ATTORNEY APPEARANCE: Timothy Patrick Murphy appearing for Dilbar Gul Dilbar (Murphy, Timothy) (Entered: 06/02/2025) |
| 06/02/2025 | | E–Filing Notification: Clerk revised docket text of 9 to "MOTION for Stay" to clarify the filing event. (JHF) (Entered: 06/02/2025) |
| 06/02/2025 | 11 | RESPONSE in Opposition by USA as to Dilbar Gul Dilbar re 9 MOTION (McGuire, Meghan) (Entered: 06/02/2025) |
| 06/03/2025 | 12 | DECISION AND ORDER: For the reasons contained herein, Defendant's motion for an order staying the Court's revocation of Judge Holland's order imposing conditions of release for Defendant and granting him release pending appeal (ECF No. 9) is DENIED. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 6/3/2025.(EMC) (Entered: 06/03/2025) |
| 06/04/2025 | 13 | NOTICE OF APPEAL (Interlocutory) by Dilbar Gul Dilbar re 7 Motion Hearing, Terminate Motions, Speedy Trial – Location Start. (Murphy, Timothy) Modified docket text to remove extra comas on 6/5/2025 (RE). (Entered: 06/04/2025) |
| 06/05/2025 | | Within 14 days of filing the Notice of Appeal, the appellant is required to electronically file with the District Court an index of filed documents it wishes the Court of Appeals to consider, called Designation of Record on Appeal. After receipt, the Clerk's Office will certify and transmit the index to the Circuit.<br><br>Pursuant to Local Rule 12.2 of the US Court of Appeals for the Second Circuit, Form B must be completed within 14 days after the filing of a notice of appeal. Form B can be obtained at: <www.ca2.uscourts.gov>.(RE) (Entered: 06/05/2025) |
| 06/05/2025 | 14 | ORDER as to Dilbar Gul Dilbar re 1 APPEAL OF MAGISTRATE JUDGE DECISION to District Court. Signed by Hon. Frank P. Geraci, Jr. on 6/5/25.(RE) (Entered: 06/05/2025) |
| 06/25/2025 | 15 | DESIGNATION OF RECORD ON APPEAL by Dilbar Gul Dilbar re 13 Notice of Appeal – Interlocutory CLERK TO FOLLOW UP (Murphy, Timothy) (Entered: 06/25/2025) |
| 06/25/2025 | 16 | TRANSCRIPT REQUEST by Dilbar Gul Dilbar (Murphy, Timothy) (Entered: 06/25/2025) |
| 06/26/2025 | 17 | CLERK'S CERTIFICATE/INDEX as to Dilbar Gul Dilbar filed and electronically sent to Court of Appeals. (JHF) (Entered: 06/26/2025) |